IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>                              *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br><br>                              *Defendant*. | Case No. 21-cv-1079 |

## COMPLAINT

1. Plaintiff American Oversight brings this action against the U.S. Department of Justice under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4. Because Defendant has failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from

continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5. Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to promoting transparency in government, educating the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6. Defendant U.S. Department of Justice (DOJ) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). The Office of Information Policy (OIP) is a component of DOJ and processes FOIA requests on behalf of itself and other DOJ components, including the Offices of the Attorney General (OAG) and Deputy Attorney General (ODAG). The Civil Division (CIV), Office of the Solicitor General (OSG), and Office of Legal Counsel (OLC) are components of DOJ, and each process FOIA requests on their own behalf. DOJ has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

*Election Challenges Brief FOIA*

7. On January 27, 2021, American Oversight submitted a FOIA request to CIV, OIP, OSG, and OLC, seeking expedited production of the following:

> The brief drafted by an outside lawyer acting on behalf of President Trump regarding challenges to the 2020 presidential election results for the Department of Justice to file with the Supreme Court. [FN1]
>
> . . . .
>
> Please provide all responsive records from November 4, 2020 through January 20, 2021.
>
> [FN1] For further identifying information, please see Katie Benner & Catie Edmondson, *Pennsylvania Lawmaker Played Key Role in Trump's Plot to Oust Acting Attorney General,* N.Y. Times (Jan. 23, 2021), https://www.nytimes.com/2021/01/23/us/politics/scott-perry-trump-justice-department-election.html.

8. American Oversight sought expedited processing of the request, citing, among other reasons, the compelling and urgent need to inform the public regarding actual or alleged federal government activity regarding a DOJ official's reported coordination with the White House to remove the acting Attorney General, in combination with the fact that American Oversight is primarily engaged in disseminating the information it receives from public records requests to the public

9. By email and letter sent January 27, 2021, CIV acknowledged receipt of American Oversight's FOIA request and assigned it tracking number 145-FOI-17593-HDK. In its letter, CIV granted American Oversight's request for expedited processing.

10. As of the date of this Complaint, American Oversight has not received any further communications from CIV regarding this request.

11. By email and letter sent February 2, 2021, OIP acknowledged receipt of American Oversight's FOIA request and assigned it tracking number FOIA-2021-00653. In its letter, OIP granted American Oversight's request for expedited processing.

12. As of the date of this Complaint, American Oversight has not received any further communications from OIP regarding this request.

13. By email and letter sent February 4, 2021, OSG acknowledged receipt of American Oversight's FOIA request and assigned it tracking number 2021-127728. In its letter, OSG granted American Oversight's request for expedited processing.

14. By email and letter sent February 23, 2021, OSG informed American Oversight that it "determined that you did not reasonably describe the subject of your request." It directed American Oversight to "re-submit your request with clearer direction regarding information you seek."

15. Later on February 23, 2021, American Oversight responded to OSG's letter by email, stating:

> This request seeks a specific, high-profile document of recent vintage on which there was significant reporting by significant sources, as can easily be discerned by the context provided in the request. Here the document sought is "The brief drafted by an outside lawyer acting on behalf of President Trump regarding challenges to the 2020 presidential election results for the Department of Justice to file with the Supreme Court" as reported by The New York Times. This request clearly identifies the requested document, which could be located by an agency employee with knowledge of the subject matter, and is plainly reasonably described. The FOIA requires that you process this request and produce any non-exempt portions following a legally adequate search. Please process this request as originally submitted.

16. Later on February 23, 2021, OSG responded by email, stating that, "I am willing to help you rewrite your request. Please be specific by stating the name of the brief, case number and the name of the outside counsel. These search terms will help me retrieve the records you are seeking."

17. Later on February 23, 2021, OSG called American Oversight regarding this request, and American Oversight reiterated its position regarding the request and made suggestions about search methods that could be employed.

18. As of the date of this Complaint, OSG and American Oversight have not had any further communications regarding this request.

19. By email and letter sent February 5, 2021, OLC acknowledged receipt of American Oversight's FOIA request and assigned it tracking number FY21-081. In its letter, OLC granted American Oversight's request for expedited processing.

20. As of the date of this Complaint, American Oversight has not received any further communications from OLC regarding this request.

*White House Communications FOIA*

21. On January 27, 2021, American Oversight submitted a FOIA request to CIV, OIP, OSG, and OLC, seeking expedited production of the following:

> All records reflecting communications (including emails, email attachments, text messages, messages on messaging platforms (such as Slack, GChat or Google Hangouts, Lync, Skype, or WhatsApp), telephone call logs, calendar invitations, calendar entries, meeting notices, meeting agendas, informational material, draft legislation, talking points, any handwritten or electronic notes taken during any oral communications, summaries of any oral communications, or other materials) between (a) the DOJ officials specified below or anyone communicating on their behalf such as a Chief of Staff, assistant, or secretary and (b) anyone in the White House Office (including email address communications with email addresses ending in @who.eop.gov and phone logs reflecting calls with numbers beginning (202) 456-xxxx).
>
> Specified Officials
>   i. Jeffrey Rosen, Acting Attorney General
>  ii. Patrick Hovakimian, Chief of Staff
> iii. Richard Donoghue, Acting Deputy Attorney General
>  iv. Steven Engel, Assistant Attorney General for the Office of Legal Counsel
>   v. Jeff Wall, Acting Solicitor General of the United States
>
> Please provide all responsive records from December 10, 2020 through January 20, 2021.

5

22. American Oversight sought expedited processing of the request, citing, among other reasons, the compelling and urgent need to inform the public regarding actual or alleged federal government activity regarding a DOJ official's reported coordination with the White House to remove the acting Attorney General, in combination with the fact that American Oversight is primarily engaged in disseminating the information it receives from public records requests to the public.

23. By email and letter sent January 27, 2021, CIV acknowledged receipt of American Oversight's FOIA request and assigned it tracking number 145-FOI-17594-HDK. In its letter, CIV granted American Oversight's request for expedited processing.

24. As of the date of this Complaint, American Oversight has not received any further communications from CIV regarding this request.

25. By email and letter sent February 2, 2021, OIP acknowledged receipt of American Oversight's FOIA request and assigned it tracking number FOIA-2021-00654. In its letter, OIP denied American Oversight's request for expedited processing.

26. By supplemental letter sent February 5, 2021, OIP granted American Oversight's request for expedited processing, explaining that the Director of Public Affairs determined that the request should be granted, because the FOIA request involved "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence."

27. As of the date of this Complaint, American Oversight has not received any further communications from OIP regarding this request.

28. By email and letter sent February 4, 2021, OSG acknowledged receipt of American Oversight's FOIA request and assigned it tracking number 2021-127729. In its letter, OSG granted American Oversight's request for expedited processing.

29. As of the date of this Complaint, American Oversight has not received any further communications from OSG regarding this request.

30. By email and letter sent February 5, 2021, OLC acknowledged receipt of American Oversight's FOIA request and assigned it tracking number FY21-082. In its letter, OLC granted American Oversight's request for expedited processing.

31. As of the date of this Complaint, American Oversight has not received any further communications from OLC regarding this request.

*Top Officials Communications FOIA*

32. On January 27, 2021, American Oversight submitted a FOIA request to OIP, OSG, and OLC, seeking expedited production of the following:

> All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>sent</u> by the DOJ officials specified below or anyone communicating on their behalf such as a Chief of Staff, or assistant, that contain any of the following key terms:
>
> <u>Specified Officials</u>
> i. Jeffrey Rosen, Acting Attorney General
> ii. Patrick Hovakimian, Chief of Staff
> iii. Richard Donoghue, Acting Deputy Attorney General
> iv. Steven Engel, Assistant Attorney General for the Office of Legal Counsel
> v. Jeff Wall, Acting Solicitor General of the United States
>
> <u>Key Terms</u>
> a. Pak
> b. Georgia
> c. Michigan
> d. Pennsylvania
> e. Wisconsin

7

    f. Giuliani
    g. Rudy
    h. Powell
    i. Kemp
    j. Raffensperger
    k. Cleta
    l. Clark
    m. "election fraud"
    n. "election integrity"
    o. "ballot fraud"
    p. "vote fraud"
    q. "voter fraud"
    r. Dominion
    s. DVS
    t. POTUS
    u. "Trump campaign"
    v. "Biden campaign"
    w. Perry

In an effort to accommodate DOJ and reduce the number of potentially responsive records to be processed and produced, American Oversight has limited its request to emails sent by the specified officials. To be clear, however, American Oversight still requests that complete email chains be produced, displaying both sent and received messages. This means, for example, that both an official's response to a responsive email and the initial received message are responsive to this request and should be produced.

Please provide all responsive records from December 10, 2020 through January 20, 2021.

33. American Oversight sought expedited processing of the request, citing, among other reasons, the compelling and urgent need to inform the public regarding actual or alleged federal government activity regarding a DOJ official's reported coordination with the White House to remove the acting Attorney General, in combination with the fact that American Oversight is primarily engaged in disseminating the information it receives from public records requests to the public.

34. By email and letter sent February 4, 2021, OSG acknowledged receipt of American Oversight's FOIA request and assigned it tracking number 2021-127730. In its letter, OSG granted American Oversight's request for expedited processing.

35. As of the date of this Complaint, American Oversight has not received any further communications from OSG regarding this request.

36. By email and letter sent February 5, 2021, OIP acknowledged receipt of American Oversight's FOIA request and assigned it tracking number FOIA-2021-00655. In its letter, OIP explained that DOJ had granted American Oversight's request for expedited processing.

37. As of the date of this Complaint, American Oversight has not received any further communications from OIP regarding this request.

38. By email and letter also sent February 5, 2021, OLC acknowledged receipt of American Oversight's FOIA request and assigned it tracking number FY21-083. In its letter, OLC granted American Oversight's request for expedited processing.

39. As of the date of this Complaint, American Oversight has not received any further communications from OLC regarding this request.

*Clark Key Terms FOIA*

40. On January 27, 2021, American Oversight submitted a FOIA request to CIV, inadvertently including request language intended for other DOJ components. Subsequently, on March 19, 2021, American Oversight corrected and clarified its request, which CIV acknowledged, as described in more detail below, *infra* ¶¶ 44–45.

41. Specifically, in its January 27, 2021 FOIA request to CIV, American Oversight mistakenly included the language from the Top Officials Communications FOIA submitted to

other OIP, OSG, and OLC, described above, *supra* at ¶ 32, seeking expedited production of the following:

> All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>sent</u> by the DOJ officials specified below or anyone communicating on their behalf such as a Chief of Staff, or assistant, that contain any of the following key terms:
>
> Specified Officials
>   i. Jeffrey Rosen, Acting Attorney General
>   ii. Patrick Hovakimian, Chief of Staff
>   iii. Richard Donoghue, Acting Deputy Attorney General
>   iv. Steven Engel, Assistant Attorney General for the Office of Legal Counsel
>   v. Jeff Wall, Acting Solicitor General of the United States
>
> Key Terms
>   a. Pak
>   b. Georgia
>   c. Michigan
>   d. Pennsylvania
>   e. Wisconsin
>   f. Giuliani
>   g. Rudy
>   h. Powell
>   i. Kemp
>   j. Raffensperger
>   k. Cleta
>   l. Clark
>   m. "election fraud"
>   n. "election integrity"
>   o. "ballot fraud"
>   p. "vote fraud"
>   q. "voter fraud"
>   r. Dominion
>   s. DVS
>   t. POTUS
>   u. "Trump campaign"
>   v. "Biden campaign"
>   w. Perry
>
> In an effort to accommodate DOJ and reduce the number of potentially responsive records to be processed and produced, American Oversight has limited its request to emails sent by the

specified officials. To be clear, however, American Oversight still requests that complete email chains be produced, displaying both sent and received messages. This means, for example, that both an official's response to a responsive email and the initial received message are responsive to this request and should be produced.

Please provide all responsive records from December 10, 2020 through January 20, 2021.

42. American Oversight sought expedited processing of the request, citing, among other reasons, the compelling and urgent need to inform the public regarding actual or alleged federal government activity regarding a DOJ official's reported coordination with the White House to remove the acting Attorney General, in combination with the fact that American Oversight is primarily engaged in disseminating the information it receives from public records requests to the public.

43. By email and letter sent January 27, 2021, CIV acknowledged receipt of American Oversight's FOIA request and assigned it tracking number 145-FOI-17595-HDK. In its letter, CIV granted American Oversight's request for expedited processing.

44. By email sent March 19, 2021, American Oversight submitted to CIV a correction of its request, clarifying that the request was for the following:

> 1. All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>sent</u> by Jeffrey Clark, Acting Assistant Attorney General for the Civil Division or anyone communicating on his behalf and that contain any of the following key terms:
>
> <u>Key Terms</u>
> a. Pak
> b. Georgia
> c. Kemp
> d. Raffensperger
> e. "election fraud"
> f. "election integrity"
> g. "ballot fraud"

11

      h. "vote fraud"
      i. "voter fraud"
      j. Rosen
      k. Michigan
      l. Pennsylvania
      m. Wisconsin
      n. Dominion
      o. DVS
      p. Giuliani
      q. Rudy
      r. Powell
      s. Cleta
      t. POTUS
      u. VPOTUS
      v. "Trump campaign"
      w. "Biden campaign"
      x. Perry
      y. "Stop the Steal"
      z. Capitol
      aa. "Save America"
      bb. "Rally to Revival"
      cc. MAGA
      dd. "great again"
      ee. "Our House"
      ff. Patriot
      gg. Patriots
      hh. Pelosi
      ii. Schumer
      jj. Congress
      kk. Pence
      ll. Certify
      mm. Certification

In an effort to accommodate DOJ and reduce the number of potentially responsive records to be processed and produced, American Oversight has limited its request to emails <u>sent</u> by Jeffrey Clark. To be clear, however, American Oversight still requests that complete email chains be produced, displaying both sent and received messages. This means, for example, that both Jeffrey Clark's response to a responsive email and the initial received message are responsive to this request and should be produced.

2. All records reflecting communications (including emails, email attachments, text messages, messages on messaging platforms (such as Slack, GChat or Google Hangouts, Lync, Skype, or

>WhatsApp), telephone call logs, calendar invitations, calendar entries, meeting notices, meeting agendas, informational material, draft legislation, talking points, any handwritten or electronic notes taken during any oral communications, summaries of any oral communications, or other materials) <u>between</u> (a) Jeffrey Clark, Acting Assistant Attorney General for the Civil Division and (b) anyone in the White House Office (including email address communications with email addresses ending in @who.eop.gov and phone logs reflecting calls with numbers beginning (202) 456-xxxx) or (c) Representative Scott Perry (including, but not limited to, from an email address ending in @mail.house.gov).

>For both parts of this request, please provide all responsive records from November 4, 2020 through January 20, 2021.

45. By reply email on March 19, 2021, CIV responded, acknowledging American Oversight's corrected request by stating, "Ok. Thank you."

46. As of the date of this Complaint, American Oversight has not received any further communications from CIV regarding this request.

*Hovakimian Communications FOIA*

47. On January 27, 2021, American Oversight submitted a FOIA request to OIP, seeking expedited production of the following:

> 1. The email drafted by Chief of Staff Patrick Hovakimian to DOJ's senior leaders outlining the White House's intention to remove Acting Attorney General Rosen. [FN1]
>
> 2. The email drafted by Chief of Staff Patrick Hovakimian to DOJ's senior leaders to inform them that Acting Attorney General Rosen had retained his position. [FN2]
>
> 3. Texts and emails sent by DOJ leaders to Chief of Staff Patrick Hovakimian informing him that they would resign if Acting Attorney General Rosen was fired. [FN3]

> Given that this request is limited to a specific, recent, and readily identifiable set of documents, American Oversight expects that this request can be processed on the Simple processing track and result in a prompt agency response.

13

> Please provide all responsive records from January 2, 2021, to January 4, 2021.
>
> [FN1] Mike DeBonis, *Senate Ends Standoff, Agrees to Start Trump's Impeachment Trial* Feb. 9, Wash. Post (Jan. 22, 2021, 12:36 PM), https://www.washingtonpost.com/politics/pelosi-delivers-impeachment-articles-monday/2021/01/22/d858374e-5cd7-11eb-b8bd-ee36b1cd18bf_story.html.
>
> [FN2] *Id.*
>
> [FN3] *Id.*

48. American Oversight sought expedited processing of the request, citing, among other reasons, the compelling and urgent need to inform the public regarding actual or alleged federal government activity regarding a DOJ official's reported coordination with the White House to remove the acting Attorney General, in combination with the fact that American Oversight is primarily engaged in disseminating the information it receives from public records requests to the public.

49. By letter dated February 2, 2021, OIP acknowledged receipt of American Oversight's FOIA request and assigned it tracking number FOIA-2021-00656. In its letter, OIP granted American Oversight's request for expedited processing.

50. As of the date of this Complaint, American Oversight has not received any further communications from OIP regarding this request.

*Election Challenges Memorandum FOIA*

51. On January 27, 2021, American Oversight submitted a FOIA request to OIP and OSG, seeking expedited production of the following:

> The memorandum with talking points regarding the potential for DOJ to bring an action in the Supreme Court or other courts challenging the outcome of the 2020 presidential election. This memorandum was reportedly created by the Solicitor General's

14

office at the request of former Acting Attorney General Rosen. [FN1]

American Oversight believes your agency is best positioned to determine where responsive records may reside. At a minimum, public information suggests an adequate search should include the Office of the Attorney General, and the Office of the Solicitor General.

Given that this request is limited to a specific, recent, and readily identifiable document, American Oversight expects that this request can be processed on the Simple processing track and result in a prompt agency response.

Please provide all responsive records from December 14, 2020 through January 20, 2021.

[FN1] For further identifying information, please see Jess Braven & Sadie Gurman, *Trump Pressed Justice Department to Go Directly to Supreme Court to Overturn Election Results*, Wall St. J. (Jan. 23, 2021, 11:07 PM), https://www.wsj.com/articles/trump-pressed-to-change-justice-department-leadership-to-boost-his-voter-fraud-claims-11611434369?mod=searchresults_pos1&page=1.

52. American Oversight sought expedited processing of the request, citing, among other reasons, the compelling and urgent need to inform the public regarding actual or alleged federal government activity regarding a DOJ official's reported coordination with the White House to remove the acting Attorney General, in combination with the fact that American Oversight is primarily engaged in disseminating the information it receives from public records requests to the public.

53. By letter dated February 2, 2021, OIP acknowledged receipt of American Oversight's FOIA request and assigned it tracking number FOIA-2021-00657. In its letter, OIP granted American Oversight's request for expedited processing.

54. As of the date of this Complaint, American Oversight has not received any further communications from OIP regarding this request.

55. By letter dated February 4, 2021, OSG acknowledged receipt of American Oversight's FOIA request and assigned it tracking number 2021-127731. In its letter, OSG granted American Oversight's request for expedited processing.

56. By email and letter sent February 23, 2021, OSG informed American Oversight that it "determined that you did not reasonably describe the subject of your request." It directed American Oversight to "re-submit your request with clearer direction regarding information you seek."

57. By email later on February 23, 2021, American Oversight responded to OSG's letter:

> This request seeks a specific, high-profile document of recent vintage on which there was significant reporting by significant sources, as can easily be discerned by the context provided in the request. Here the document sought [is] "The memorandum with talking points regarding the potential for DOJ to bring an action in the Supreme Court or other courts challenging the outcome of the 2020 presidential election. This memorandum was reportedly created by the Solicitor General's office at the request of former Acting Attorney General Rosen," as reported by The New York Times. This request clearly identifies the requested document, which could be located by an agency employee with knowledge of the subject matter, and is plainly reasonably described. The FOIA requires that you process this request and produce any non-exempt portions following a legally adequate search. Please process this request as originally submitted.

58. Later on February 23, 2021, OSG called American Oversight regarding this request, and American Oversight reiterated its position regarding the request and made suggestions about search methods that could be employed.

59. As of the date of this Complaint, OSG and American Oversight have not had any further communications regarding this request.

*Exhaustion of Administrative Remedies*

60. As of the date of this Complaint, Defendant has failed to (a) notify American Oversight of any determinations regarding American Oversight's FOIA requests, including the full scope of any responsive records Defendant intends to produce or withhold and the reasons for any withholdings; or (b) produce all of the requested records or demonstrate that the requested records are lawfully exempt from production.

61. Through Defendant's failure to make determinations as to American Oversight's FOIA requests within the time period required by law, American Oversight has constructively exhausted its administrative remedies and seeks immediate judicial review.

### COUNT I
### Violation of FOIA, 5 U.S.C. § 552
### Failure to Conduct Adequate Searches for Responsive Records

62. American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

63. American Oversight properly requested records within the possession, custody, and control of Defendant on an expedited basis.

64. Defendant is an agency subject to FOIA and must therefore make reasonable efforts to search for requested records.

65. Defendant has failed to promptly review agency records for the purpose of locating those records that are responsive to Plaintiff's FOIA requests.

66. Defendant's failure to conduct adequate searches for responsive records violates FOIA.

67. Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring Defendant to promptly make reasonable efforts to search for records responsive to Plaintiff's FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Withholding of Non-Exempt Responsive Records

68. American Oversight properly requested records within the possession, custody, and control of Defendant on an expedited basis.

69. Defendant is an agency subject to FOIA and must therefore release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials.

70. Defendant is wrongfully withholding non-exempt agency records requested by Plaintiff by failing to produce non-exempt records responsive to Plaintiff's FOIA requests.

71. Defendant is wrongfully withholding non-exempt agency records requested by Plaintiff by failing to segregate exempt information in otherwise non-exempt records responsive to Plaintiff's FOIA requests.

72. Defendant's failure to provide all non-exempt responsive records violates FOIA.

73. Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to Plaintiff's FOIA requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendant to conduct a search or searches reasonably calculated to uncover all records responsive to American Oversight's FOIA requests identified in this Complaint;

(2) Order Defendant to produce, within twenty days of the Court's order, any and all non-exempt records responsive to American Oversight's FOIA requests and *Vaughn* indexes of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: April 20, 2021

Respectfully submitted,

*/s/ Mehreen Rasheed*
Mehreen Rasheed
D.C. Bar No. 144880
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1320
mehreen.rasheed@americanoversight.org

*Counsel for Plaintiff*