IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:21-cv-01079-RCL |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

**JOINT STATUS REPORT**

The parties in this Freedom of Information Act ("FOIA") case submit this joint status report pursuant to this Court's January 13, 2023 Minute Order. Defendant makes the following representations regarding the status of Plaintiff's requests.

Requests Directed at the Civil Division: Following meet and confer efforts between the parties, with respect to the request described in Plaintiff's Complaint as "Clark Key Terms FOIA," the Civil Division made a referral of the request to the Environment and Natural Resources Division ("ENRD") for potential further response to Plaintiff. ENRD provided its final response to Plaintiff on January 13, 2023.

Requests Directed at the Office of Information Policy ("OIP"): OIP previously reported its progress regarding the five FOIA requests it received from Plaintiff in this matter, as well as relating to referrals it received from the Offices of the Solicitor General, Legal Counsel ("OLC"), and ENRD. Regarding the responses still outstanding, OIP previously anticipated providing its response to the remaining material processed related to the "Top Officials Communications FOIA" within approximately four weeks from the parties' last Joint Status Report. However, while nearly

complete, the consultation process remains ongoing, and OIP anticipates that it will provide its response on this remaining material soon. OIP is additionally still reviewing referrals it received from OLC, and will provide its response once its review, and any necessary consultations, are complete.

Requests Directed at OLC: OLC's consultation process has taken longer than expected and is ongoing. OLC will update Plaintiff as soon as that process is complete.

Requests Directed at the Office of the Solicitor General ("OSG"): OSG completed its responses to Plaintiff's request on June 30, 2022.

\* \* \*

The parties respectfully propose that they submit another joint status report on or before March 15, 2023 to update the Court on the progress of Defendant's efforts.

Dated: February 13, 2023

/s/ Mehreen Rasheed
Mehreen Rasheed
D.C. Bar No. 144880

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1320
mehreen.rasheed@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
M. ANDREW ZEE
(CA Bar No. 272510)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Washington, DC 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Attorneys for Defendant*